UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x

Joshua Adams ,

                Plaintiff,

-against-
99 Commercial St., Inc.. and
Nebuchadnezzar Brooklyn LLC

                Defendants.
_____x

Civil Action No.

1:22-cv-04754-KAM-VMS

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

Plaintiff, and Defendants, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed in writing and signed by the parties in this action, each party shall bear its respective fees and costs.

Dated Nov. 16 2022

By:/s   Maria-Costanza Barducci,
    Maria-Costanza Barducci, Esq.
    BARDUCCI LAW FIRM PLLC.
    5 West 19th St., 10th Fl.
    New York, NY 10011
    Telephone: (212) 433-2554
    mc@barducilaw.com
    *Attorneys for Plaintiff*

By: /s Michelle Christine Malone
    Michelle Christine Malone, Esq.
    Helbraun & Levey LLC
    40 Fulton Street,
    28th Fl
    New York, NY 10038
    Telephone: 212-219-1193
    michelle.malone@helbraunlevey.com
    *Attorneys for Defendants*

cc: Via CM/ECF

So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge
11/17/2022